JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEKHISAPET GASPARYAN,<br><br>                Plaintiff,<br><br>   v.<br><br>CITIBANK, N.A.;<br>CITIMORTGAGE, INC.; AND<br>DOES 1-10,<br><br>             Defendants. | Case No. EDCV 15-00273-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>March 24, 2015</u>

                              VIRGINIA A. PHILLIPS<br>            United States District Judge